UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Bar Proceeding<br>Disciplinary Docket No. 2026-D185 | Notice of Removal<br>28 U.S.C. § 1442<br>Civ. A. No. |

**NOTICE OF REMOVAL LIMITED TO FEDERAL-OFFICER AND FEDERAL-AUTHORITY GROUNDS**

The United States Department of Justice ("Department") gives notice of the removal under 28 U.S.C. §§ 1442(a)(1) and 1442(d)(1), of the disciplinary proceedings pending before the District of Columbia Court of Appeals Board on Professional Responsibility (Disciplinary Docket No. 2026-D185) to the extent of the implicated federal-officer and federal-authority issues. Section 1442's requirements are met here. In support thereof, the United States pleads the following in accordance with 28 U.S.C. § 1446(a)'s requirement of a "short and plain statement of the grounds for removal."* *See* 28 U.S.C. § 1442(a)(1) (authorizing removal of actions directed at federal officers or those acting under them for acts taken under color of federal office).

1. [redacted]

* The following discussion contains information about an ongoing confidential bar proceeding, *see, e.g.*, D.C. Bar R. XI, § 17, and is therefore filed under seal. LCvR 5.1(h). This notice of removal is accompanied by a motion for leave to file under seal.

[redacted]

2. Removal under 28 U.S.C. § 1442(a)(1) is appropriate here [redacted] a federal officer, the underlying bar matter is for (or relating to) an act under color of his office, [redacted] the Department have a colorable federal defense to the motion to compel. *Mesa v. California*, 489 U.S. 121, 129 (1989) (holding that federal officer removal requires assertion of a colorable federal defense).

3. [redacted]

4. [redacted]

[redacted]

5. [redacted]

6. [redacted]

7. [redacted]

[redacted]

[redacted] [redacted]

9. [redacted]

10. *The United States is entitled to an Article III forum in which to raise the following federal constitutional and other defenses.* The federal officer removal statute, 28 U.S.C. § 1442(a), and case law are unequivocal: the United States is entitled to remove cases against its officers from a State or the District of Columbia to a federal forum whenever the United States plausibly asserts a "colorable federal defense" to the proceeding. *Mesa*, 489 U.S. at 129. The federal defenses presented here include:

a. [redacted]

b. [redacted]

c. [redacted]

d. [redacted]

11. [redacted]

12. [redacted]

13. The Department therefore files this notice of removal of the above-named proceeding. “A civil action . . . that is commenced in a State court and that is against or directed

to [the United States or any agency thereof] may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending." 28 U.S.C. § 1442(a)(1). Section 1442(d)(5) defines the "District of Columbia" as a "State." "The term[] 'civil action' . . . include[s] any proceeding . . . to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought or issued." 28 U.S.C. § 1442(d)(1).

14. [redacted]

15. As required by 28 U.S.C. § 1446(a), the United States attaches as exhibits a copy of all process, pleadings, and orders [redacted] in connection with the motion to compel, namely:

a. [redacted]

16. This Notice of Removal will be promptly sent to Disciplinary Counsel and the Board. *See* 28 U.S.C. § 1446(d).

17. The United States plans to file a motion seeking appropriate relief in this Court within seven days of this Notice of Removal.

WHEREFORE, the action now pending in state court is properly removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), 28 U.S.C. § 1442(d)(1), and 28 U.S.C. § 1446.

DATE: October 23, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/ Vincent N. DePalo*
VINCENT N. DEPALO (MA Bar No. 689090)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 506-0504
Email: Vincent.N.DePalo@usdoj.gov

*Attorneys for the United States of America*

**DUTY TO CONFER UNDER D.D.C. RULE 7.1(m)**

Pursuant to D.D.C. Rule 7.1(m), Plaintiff's counsel discussed this motion with opposing counsel on October 23, 2026, in an effort to narrow any areas of disagreement, and opposing counsel have indicated that they will oppose it.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I served the foregoing via email and, to the extent CM/ECF is available to counsel, through the CM/ECF system.

Hamilton P. Fox, III
Disciplinary Counsel
District of Columbia Office of Disciplinary Counsel
515 5th Street NW
Building A, Room 117
Washington, DC 20001

Paul C. Quast
Ann-Drake Stephens
United States Department of Justice
P.O. Box 7146
Washington, DC 20044

/s/ Vincent N. DePalo
Vincent N. DePalo