UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Bar Proceeding
Disciplinary Docket No. 2026-D185

PROPOSED ORDER
Civ. A. No.
Filed: October 23, 2026

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF REMOVAL AND ACCOMPANYING MATERIALS UNDER SEAL**

Upon consideration of the Plaintiff Department of Justice's Unopposed Motion for Leave to File Notice of Removal and Accompanying Materials Under Seal and the entire record therein, it is

**HEREBY ORDERED** that the Plaintiff's Unopposed Motion for Leave is **GRANTED**; and it is further

**ORDERED** that the Notice of Removal, its attachments, and any associated filings containing information subject to the confidentiality provisions of D.C. Bar R. XI, § 17, shall be **FILED UNDER SEAL** until further order of the Court; and it is further

**ORDERED** that the Plaintiff may file redacted public versions of sealed documents as appropriate.

**SO ORDERED.**

Date: ____________________

______________________________
United States District Court

DATE: October 23, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CODY M. POPLIN
Deputy Assistant Attorney General

HILARY K. PERKINS
Director

JACQUELINE COLEMAN SNEAD
Deputy Director

*/s/ Vincent N. DePalo*
VINCENT N. DEPALO (MA Bar No. 689090)
Trial Attorney
Enforcement & Affirmative Litigation Branch
U.S. Department of Justice
450 5th Street, NW
Washington, D.C. 20001
Tel.: (202) 506-0504
Email: Vincent.N.DePalo@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I served the foregoing via email and, to the extent CM/ECF is available to counsel, through the CM/ECF system.

Hamilton P. Fox, III
Disciplinary Counsel
District of Columbia Office of Disciplinary Counsel
515 5th Street NW
Building A, Room 117
Washington, DC 20001

Paul C. Quast
Ann-Drake Stephens
United States Department of Justice
P.O. Box 7146
Washington, DC 20044

/s/ Vincent N. DePalo
Vincent N. DePalo